# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Shirley Lindsay**, | **Case No**. 2:21-cv-00299-WBS-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| **Shree Enterprise, LLC**, a California Limited Liability Company, | |
| Defendants | |

Having read the forgoing stipulation, GOOD CAUSE APPEARING it is hereby ORDERED that the mediation completion date be continued from November 12, 2021 to December 11, 2021. If a settlement is reached, counsel shall file a notice of settlement by **December 15, 2021**, which shall include a date by which it is expected a request to dismiss the action will be filed.

If a settlement is not reached, counsel shall file a Joint Rule 16(b)/26(f) Report by **December 20, 2021**, which includes a statement as to the procedural status of the parties settlement efforts, whether discussions are ongoing, and whether a further session with the panel mediator is anticipated and, if so, when. The Scheduling Conference is continued to **January 3, 2022 at 1:30 p.m.**

Dated: November 5, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE